UNITED STATES DISTRICT COURT  FILED
DISTRICT OF CONNECTICUT

2003 OCT 20  A 8:54

TENG BUNLEUT,
    Petitioner,

v.      No. 3:02 CV 2293 (SRU)

IMMIGRATION & NATURALIZATION
SERVICE,
    Respondent.

## RULING AND ORDER

The Petitioner, Teng Bunleut, filed a petition for a writ of mandamus seeking "a hearing pursuant to his deportation to Cambodia or to drop the [INS] detainer against him." Petition at 2. The Respondent filed a motion to dismiss the petition principally on the ground that Bunleut has no clear right to the relief he seeks and, accordingly, mandamus is inappropriate.

On September 8, 2003, the Respondent informed the court that the INS detainer had been cancelled by a Notice of Action dated August 25, 2003. As a result of the cancellation of the detainer, the petition has become moot. Accordingly, the motion to dismiss the petition (doc. #4) is granted. The clerk shall close the file.

Entered at Bridgeport, Connecticut this 17th day of October 2003.

                              Stefan R. Underhill
                              United States District Judge