UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

TENG BUNLEUT

v.  3:02CV2293 (SRU)

IMMIGRATION & NATURALIZATION
SERVICE

## JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of petitioner's petition for writ of mandamus and respondent's motion to dismiss.

After reviewing the papers submitted in connection with the petition and the motion to dismiss, the Court entered a ruling and order on October 20, 2003 granting the motion to dismiss the petition.

Therefore, it is ORDERED and ADJUDGED that the petition is now moot and the case is closed.

Dated at Bridgeport, Connecticut, this 23rd day of October, 2003.

KEVIN F. ROWE, Clerk

By _____
Deputy Clerk

Entered on Docket _____